UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL HICKS,  | No. 2:22-cv-0903 KJN P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

By order filed October 6, 2022, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have passed, and plaintiff has not filed an amended complaint. However, on November 17, 2022, plaintiff filed a letter concerning payment on his filing fees,[1] but also stated "please tell me what to do next." (ECF No. 11 at 1.) His letter bears a different address from his address of record.

Plaintiff is advised that as a pro se litigant, he is required to keep records of his cases and to diligently prosecute them, which includes calendaring and meeting court deadlines. It is also plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Plaintiff is required to file a separate change of address notice in each of his pending cases. Id.

---

[1] Plaintiff also noted his other pending case, Hicks v. Russell, 2:22-cv-0095 JDP (E.D. Cal.).

1

    Finally, it is unclear when plaintiff was transferred from Mule Creek State Prison to Lancaster, but given his question as to what to do next, it appears he needs an extension of time to comply with the court's last order.  Plaintiff is cautioned, however, that failure to comply with court orders may result in a recommendation that his action be dismissed.  Fed. R. Civ. P. 41(b). If plaintiff needs additional time to comply with a court order, he should seek an extension of time prior to the deadline.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint that complies with the October 6, 2022 order; and

    2. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights complaint by a prisoner, and to update plaintiff's address of record to:  Daryl Hicks, AY-3004, California State Prison, Los Angeles County, P.O. Box 4670, Lancaster, CA  93539.

Dated:  December 5, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE