IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL HICKS,** | Case No. 2:22-cv-0903 TLN CSK P |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT** |
| v. | |
| **PATRICK COVELLO, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that defendants Powell and Dr. Pleshchuk were deliberately indifferent to plaintiff's serious mental health needs. (ECF No. 16 at 3-4.) On May 23, 2024, defendant Dr. Pleshchuk filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Dr. Pleshchuk's motion to opt out of the Post-Screening ADR Project (ECF No. 34) is granted;

2. The Court lifts the ADR stay of this action; and

3. Defendant Dr. Pleshchuk shall respond to the second amended complaint (ECF No. 16) within 28 days from the date of this order.

Dated: May 28, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hick0903.opt