UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL HICKS,<br><br>          Plaintiff,<br><br>     v.<br><br>PLESHCHUK, et al.,<br><br>          Defendants. | No. 2:22-cv-0903 TLN CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Defendant Pleshchuk's first motion for limited modification of the discovery and scheduling order is before the Court.

As discussed below, defendant Pleshchuk's motion is granted.

I.      BACKGROUND

This action proceeds on plaintiff's second amended complaint against defendants Pleshchuk and Powell, alleging that each defendant was deliberately indifferent to his serious mental health needs in violation of the Eighth Amendment.[1]

Defendant Pleshchuk filed an answer on June 24, 2024. (ECF No. 37.) Defendant Powell filed an answer on July 12, 2024. (ECF No. 38.) On July 16, 2024, the Court issued a discovery and scheduling order, setting the discovery deadline for November 22, 2024, and the pretrial

---

[1] Plaintiff also named as defendants Kim and Costa, but those defendants were dismissed by the district court on February 6, 2024. (ECF No. 20.)

1

motions deadline for February 28, 2025.  (ECF No. 39.)  On October 24, 2024, defendant Pleshchuk filed a motion for limited modification of the discovery and scheduling order.  (ECF No. 40.)

II.     DEFENDANT PLESHCHUK'S MOTION FOR EXTENSION

Defendant Pleshchuk's motion for extension seeks to modify the Court's Discovery and Scheduling Order by extending the following deadlines by 45 days:  (1) the deadline to serve deposition notices (up to and including December 23, 2024); (2) the deadline to complete depositions (up to and including January 6, 2025); and (3) the deadline to file motions to compel (up to and including January 6, 2025).  (ECF No. 40 at 1.)  Plaintiff has requested additional time to respond to defendant Pleshchuk's written discovery requests, but because such extension would not provide counsel sufficient time to review the discovery responses prior to the current deadline for deposing plaintiff, defendant seeks the limited modifications sought herein.

    A.     Standards Governing Modifications to Scheduling Orders

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

    B.     Discussion

This record reflects that both parties have been diligent in the discovery process.  The Court finds defendant Pleshchuk has shown good cause to modify the discovery deadline. Therefore, defendant Pleshchuk's motion is granted.  The deadline to serve deposition notices is extended to December 23, 2024; the deadline to complete depositions is extended to January 6, 2025; and the deadline to file motions to compel is extended to January 6, 2025.  In all other respects, the July 16, 2024 Discovery and Scheduling Order remains in effect.

////

C. Conclusion

Accordingly, IT IS HEREBY ORDERED that defendant Pleshchuk's motion for limited modification of the Discovery and Scheduling Order (ECF No. 40) is granted, as follows:

1. The deadline to serve deposition notices is extended to December 23, 2024;

2. The deadline to complete depositions is extended to January 6, 2025; and

3. The deadline to file motions to compel is extended to January 6, 2025.

In all other respects, the July 16, 2024 Discovery and Scheduling Order (ECF No. 39) remains in effect.

Dated: October 30, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hick0903.16b