UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL HICKS, | No. 2:22-cv-0903 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| PLESCHUK, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se. This case proceeds on plaintiff's second amended complaint against defendants Powell and Dr. Pleshchuk for alleged Eighth Amendment violations. (See ECF No. 19.)

On August 4, 2025, defendant Pleshchuk filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b) or as a sanction based on plaintiff's failure to cooperate in discovery. (ECF No. 1 at 66.) On August 18, 2025, defendant Powell filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b) or as a sanction based on plaintiff's failure to cooperate in discovery. (ECF No. 1 at 68.)

Plaintiff's oppositions to these motions to dismiss were due 21 days after the motions were filed. Local Rule 230(l). Those deadlines have passed, and plaintiff did not oppose either motion to dismiss. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any

1

1  opposition to the granting of the motion . . . ." Local Rule 230(l).  On July 16, 2024, plaintiff was
2  advised of the requirements for filing an opposition to a motion and that failure to oppose such a
3  motion may be deemed a waiver of opposition to the motion. (ECF No. 39 at 6.)
4     Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, plaintiff shall file an opposition, if any, to the motions to dismiss.  Failure to file an opposition will be deemed as consent to have the:  (a) action dismissed for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order.  Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  September 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hick903.nop

2